## Bruce L. FINN, Appellant,

v.

## Teresa Stanek REA, Acting Director, United States Patent and Trademark Office, Appellee,

and

## Mole–Richardson Co., Appellee.

No. 2012–1635.

United States Court of Appeals, Federal Circuit.

Oct. 16, 2013.

Fred H. Holmes, Fellers, Snider, Blankenship, Bailey & Tippens, P.C., of Tulsa, OK, argued for appellant. On the brief were Scott R. Zingerman and Terry L. Watt. Of counsel on the brief was Daniel B. Graves, Graves McLain, PLLC, of Tulsa, OK.

Frances M. Lynch, Associate Solicitor, United States Patent and Trademark Office, of Alexandria, VA, argued for appellee, Teresa Stanek Rea, Acting Director, United States Patent and Trademark Office. With her on the brief were Nathan K. Kelley, Deputy Solicitor, and Kristi L.R. Sawert, Associate Solicitor.

Bridgette Agness, Sheppard, Mullin, Richter & Hampton LLP, of Los Angeles, California, argued for appellee, Mole–Richardson Co. With her on the brief was Gary A. Clark.

PROST, REYNA, and TARANTO, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**